U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 16 2009
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Criminal No. _____ |
| | § | |
| EXXON MOBIL CORPORATION, | § | 2-09CR-042-J |

The United States Attorney charges:

## INFORMATION

On or about and between November 1, 2005 and the date of this Information, within the Amarillo Division of the Northern District of Texas, and elsewhere, the defendant, Exxon Mobil Corporation, through a person and entity acting on its behalf, did knowingly and unlawfully take an indeterminate number of migratory birds, as that term is defined in Title 50, Code of Federal Regulations, Sections 10.12 and 10.13, including at least one purple martin, which died after contact with hydrocarbons at an open-topped oil tank operated by the defendant or its agents in Hansford County, Texas, and at no time had the defendant nor the person and entity acting on its behalf obtained a permit or other valid authorization to take a migratory bird.

In violation of Title 16, United States Code, Sections 703(a) and 707(a).

JAMES T. JACKS
Acting United States Attorney

_/s/ Christy L. Drake_
CHRISTY L. DRAKE
Assistant United States Attorney
Texas State Bar No. 06104500
500 S. Taylor, Suite 300, LB 238
Amarillo, Texas  79101
Telephone:   806.324.2356
Facsimile:    806.324.2399
E-Mail:         christy.drake@usdoj.gov

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| Related Case Information | |
|---|---|
| Superseding Indictment: ☐ Yes ☒ No | New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number: _____ | |
| Search Warrant Case Number     N/A | |
| R 20 from District of     N/A | |
| Magistrate Case Number     N/A | |

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes   ☒ No

   ___ Summons   ___ Warrant   ___ In Custody

   Defendant Name     Exxon Mobil Corporation

   Alias Name     _____

   Address     _____

   County in which offense was committed:     Hansford Cnty

2. **U.S. Attorney Information**

   AUSA     Christy Drake          Bar #     06104500

3. **Interpreter**

   ☐ Yes   ☒ No     If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date _____

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: ___1___   ☐ Petty   ☒ Misdemeanor   ☐ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 16 USC §§ 703(a) & 707(a) | Unlawful Taking of Migratory Birds | 1 |

   (May be continued on reverse)

   Date   6-16-09           Signature of AUSA:   /s/ Christy X Drake